IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JAMES WILLIAMS, #132510, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:25-cv-42-JDK-JDL |
| § | |
| GREGG COUNTY SHERIFF'S § | |
| DEPARTMENT, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff James Williams, a prisoner confined at Gregg County Jail proceeding pro se, filed this lawsuit against Defendant pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for disposition of the action.

On March 3, 2025, Judge Love issued a Report recommending that Plaintiff's complaint be dismissed with prejudice for the failure to state a claim upon which relief may be granted. Docket No. 7. Specifically, Judge Love determined that the sole defendant in this action, the Gregg County Sheriff's Department, is a non-jural entity that cannot be sued under § 1983; and alternatively, found that the conclusory nature of the complaint was not sufficient to state a claim. A copy of the Report was sent to Plaintiff; and Plaintiff acknowledged receipt on February 12, 2025. Docket No. 6. However, Plaintiff has not file objections.

1

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 7) as the findings of this Court. It is therefore **ORDERED** that this case is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted. Any motions pending in this case are **DENIED as moot.**

**So ordered and signed on this**
**Mar 25, 2025**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE